**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER

Appellate case name:     Joan  Gottlieb v. Laurence Scott and Rachel Chaput

Appellate case number:   01-20-00471-CV

Trial court case number:  475348

Trial court:              Probate Court No. 1 of Harris County, Texas

Appellant Joan Gottlieb Mendell has filed an emergency motion seeking a stay of the October 19, 2020 trial setting in the underlying case until such time as "the two pending appeals before this Court are decided, i.e., 01-20-00471-CV and 01-20-00578-CV." The Court requests that appellees Laurence Scott and Rachel Chaput file a response to the emergency motion. The response, if any, is **due on Monday, October 12, 2020**.

It is so ORDERED.

Judge's signature: /s/ Terry Adams
                   ☒ Acting individually     ☐ Acting for the Court

Date: 10/08/2020